THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DAVID JACKSON, Defendant-Appellant.

(No. 57457;

First District (2nd Division)—December 18, 1973.

PER CURIAM.
HAYES, J., took no part.

No appearance for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago (Joseph Fagan, Assistant State's Attorney, of counsel), for the People.

GLADYS CAMPBELL, Plaintiff-Appellant, *v.* GENERAL LAMAR HARRISON *et al.*, Defendants-Appellees.

(No. 56849;

First District (4th Division)—December 19, 1973.